**John DUDER, Respondent,**

v.

**McGLYNN BAKERIES, INC. and General Insurance Company/Safeco, Relators,**

and

**Blue Cross and Blue Shield of Minnesota and Blue Plus, Intervenor,**

and

**Primary Behavioral Health Clinics, Inc., Intervenor,**

and

**Minnesota Department of Economic Security, Intervenor,**

and

**Special Compensation Fund, Intervenor.**

**No. C9–01–1999.**

Supreme Court of Minnesota.

Feb. 19, 2002.

Richard C. Nelson, Joseph M. Nemo III, Arthur, Chapman, Kettering, Smetak & Pikkala, P.A., Minneapolis, for Relators.

David H. Bailly, Ltd., Minneapolis, for Respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 17, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
/s/J.E. Lancaster
Associate Justice.

GILBERT, J., took no part in the consideration or decision of this case.